NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ADAM BLACK,                          )
                                     )
          Appellant,                 )
                                     )
v.                                   )        Case No. 2D17-4977
                                     )
KELLY DENISE HAINES,                 )
                                     )
          Appellee.                  )
_____)

Opinion filed December 7, 2018.

Appeal from the Circuit Court for Pasco
County; Philippe Matthey, Judge.

Michael Walsh of Law Offices of Michael
Walsh, P.A., Boca Raton, for Appellant.

Jeremy T. Simons and Erin C. Catey of
Simons & Catey, P.A., New Port Richey, for
Appellee.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.